United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROBERTO ALEJANDRO VIGIL GUERRERO and LAZARO VIGIL TOBIAS,         Plaintiffs, VS. MERRICK B. GARLAND, U.S. Attorney General, and UR M. JADDOU, USCIS Acting Director,         Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 7:22-cv-00369 |

## ORDER

The Court now considers the Plaintiffs' "Notice of Voluntary Dismissal."[1] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may dismiss a judicial action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment, which is without prejudice unless Plaintiffs state otherwise.[2] Defendants have not served an answer or motion for summary judgment in this case. Accordingly, no further action by the Court is necessary[3] and Plaintiffs have effectively dismissed this case.

All of Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is

---

[1] Dkt. No. 7.
[2] FED. R. CIV. P. 41(a)(1)(B).
[3] *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).

**DENIED AS MOOT**. Each party is to bear its own costs. The Clerk of the Court is instructed to close this case.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 31st day of October 2022.

                                              Micaela Alvarez
                                      United States District Judge